IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARWIN G. KNIGHT, AIS # 194598,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 12-0533-CG-M |
| **TONY PATTERSON,** *et al.,* | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 30th day of October, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE