IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARWIN G. KNIGHT, AIS # 194598, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 12-0533-CG-M |
| TONY PATTERSON, *et al.,* | : |
| Defendants. | : |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 30th day of October, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE